# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### 5:06cv032

| | |
|---|---|
| HOWARD J. MIKELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| UNIQUE TOOL & MANUFACTURING ) | |
| CO., INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before on a proposed protective order the court received from defendant on June 20, 2006, via Cyberclerk. Such proposed order is not, however, accompanied by a simultaneously or earlier filed <u>motion</u>. Typically, the court will not grant relief unless it is preceded by a motion as provided by Local Rule 7.1. While the court can see the need for a protective order, it must be based on some showing. Further, the practice of an Order following a motion is required under CM/ ECF inasmuch as there is no method for tracking requests for relief contained in Cyberclerk emails.

## ORDER

**IT IS, THEREFORE, ORDERED** that the relief requested in the Cyberclerk mailing of June 20, 2006, is DENIED without prejudice as non-justiciable.

Signed: June 27, 2006

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge