# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv032-V

| | |
|---|---|
| HOWARD J. MIKELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| UNIQUE TOOL & MANUFACTURING ) | |
| CO., INC., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**THIS MATTER** is before the court on the joint Motion for Judicial Settlement Conference. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion for Judicial Settlement Conference (#21) is **GRANTED,** and counsel for the respective parties shall confer and agree on a date or alternative dates for such conference, which shall be conducted in Asheville in the chambers of the undersigned. Upon agreeing to a date or alternative dates, counsel shall contact the court's secretary, Sharon Hughes, at (828) 771-7240, to schedule such conference. Not later than one week before such conference, respective counsel shall send by mail *ex parte* confidential settlement memoranda not exceeding 5 pages. In addition to counsel, a person with full settlement authority shall be present at such conference.

Signed: October 24, 2006

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge