## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:06cv032-V

| | | |
|---|---|---|
| **HOWARD J. MIKELS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **UNIQUE TOOL & MANUFACTURING** | ) | |
| **CO., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the joint Motion for Judicial Settlement Conference. Such conference shall be held in Room 302 of the United States Courthouse in Asheville on December 19, 2006, starting at 9:30 a.m.

## ORDER

**IT IS, THEREFORE, ORDERED** that a Judicial Settlement Conference shall be conducted in this matter in Room 302 of the United States Courthouse in Asheville on December 19, 2006, starting at 9:30 a.m. Not later than one week before such conference, respective counsel shall send by mail *ex parte* confidential settlement memoranda not exceeding 5 pages. In addition to counsel, a person with full settlement authority shall be present at such conference.

Signed: November 2, 2006

Dennis L. Howell
United States Magistrate Judge

-1-