# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:06cv32-V

| | |
|---|---|
| HOWARD J. MIKELS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNIQUE TOOL & MANUFACTURING ) | |
| CO., INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on a Joint Motion To Continue Trial Date in the above captioned matter from the 14 May 2007 trial calendar in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the May 2007 term in the Statesville Division to the next available date in the Statesville Division.

Signed: April 18, 2007

Richard L. Voorhees
United States District Judge