# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:06cv32-v

| | | |
|---|---|---|
| HOWARD J. MIKELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| UNIQUE TOOL & MANUFACTURING CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court's own Motion To Continue, this case for trial. The above captioned matter is currently scheduled for trial during our November 5, 2007 trial term. This Court cannot give you a date certain at this time. However, we anticipate this case will be able to begin, after jury selection, on January 8, 2008, if time permits.

**IT IS, THEREFORE, ORDERED** that this case is hereby continued from the November 2007 term in the Statesville Division to the January 8, 2008 trial term in the Statesville Division.

Signed: October 9, 2007

Richard L. Voorhees
United States District Judge