UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NO.: 5:06-cv-00032

| | |
|---|---|
| HOWARD J. MIKELS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| UNIQUE TOOL & MANUFACTURING CO., INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**ORDER**

This matter comes on the parties' Joint Motion for Leave to File Consent Judgment Under Seal. Having read the parties' motion, the Court concludes the following:

1. The decision to seal the parties' consent judgment is necessary to effect the terms of the parties' settlement and to ensure that the parties' respective business relationships are not disrupted. If revealed to business associates of the parties, the contents of the consent order, including the amount of the judgment and procedures of enforcement, could interfere with the parties' ability to conduct their respective businesses.

2. No less drastic alternative to filing under seal are available to the parties.

3. Through the parties' motion for leave, the public has had the opportunity to learn of the request for seal and raise any objections. The Court is not aware of any such objections.

For these reasons, the parties' motion is hereby **GRANTED** and the Court **ORDERS** as follows:

1. The parties shall have three business days to file under seal their proposed Consent Order and Judgment.

2. The proposed Consent Order and Judgment shall remain sealed after the final disposition of this case.

3. In accordance with Local Rule 5.1(D)(5), access to the proposed Consent Order and Judgment shall be provided by the clerk only pursuant to court order.

**SO ORDERED**.

Signed: December 20, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge